```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF PUERTO RICO

                              Minute Entry
```

## Hearing Information:

**Debtor**:  LUIS EDGARDO DIAZ ARAYA
**Case Number**:  10-05152-BKT13                    **Chapter:** 13
**Date / Time / Room**: 11/16/2010 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**:  BRENDA E. AGUAYO
**Reporter / ECR**:   JOSE ROMO

## Matter:

Confirmation Hearing

## Appearances:

JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO

## Proceedings:

**ORDER**

Hearing on Confirmation is continued to 2/10/2011 AT 9:00 A.M.

Deadline to Object to Confirmation of the Plan:  Objections must be filed no later than fourteen (14) days prior to the hearing on confirmation as per P.R. L.B.R. 3015-2(e)(1).

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge